IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-02399-RPM

STOCKART.COM, LLC,

                          Plaintiff,

v.

TINA IVANOV,
VICTORIA RIERDAN HURLEY,
BAD KITTY CLOTHING, and
BAD KITTY CLOTHING, LLC,

                          Defendants.

---

ORDER DENYING MOTIONS OF DEFENDANTS VICTORIA HURLEY AND BAD KITTY CLOTHING, LLC

---

On July 7, 2005, defendants Victoria Hurley and Bad Kitty Clothing, LLC, filed a motion to dismiss for lack of personal jurisdiction and/or improper venue and in the alternative for transfer to a more convenient forum.  The declaration of Victoria Rierdan Hurley was submitted together with a memorandum of points and authorities in support of the motions.  The plaintiff filed a response on July 26, 2005; the moving defendants filed their reply on August 10, 2005, and the plaintiff filed an additional response on August 19, 2005.  Considering the complaint, the papers filed in support of and opposition to the motions and also considering the admissions in the answer filed by defendant Tina Ivanov on May 5, 2005, the Court finds and concludes that the plaintiff has established a *prima facie* basis for personal jurisdiction over the moving defendants and the moving defendants have failed to show

adequate support for a transfer of this civil action. It is therefore

ORDERED that the motions to dismiss or transfer filed by defendants Bad Kitty Clothing, LLC, and Victoria Rierdan Hurley are denied.

Dated: August 25th, 2005

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge