IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-02399-RPM

STOCKART.COM, LLC,

        Plaintiff,

v.

TINA IVANOV,
VICTORIA RIERDAN HURLEY,
BAD KITTY CLOTHING, and
BAD KITTY CLOTHING, LLC,

        Defendants.

---

ORDER DISCHARGING ORDER TO SHOW CAUSE

---

    Upon consideration of the response of Defendant Tina Ivanov of October 21, 2005, to this Court's Order to Show Cause entered October 14, 2005, it is

    ORDERED that the Order to Show Cause is discharged.

    Dated:  December 9, 2005

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge

Civil Action No. 04-cv-02399-RPM

      I hereby certify that a copy of the attached order entered by Senior Judge Richard P. Matsch was mailed to the following:

Tina Ivanov
P. O. Box 24097
Los Angeles, CA 90024

DATED:  December 9, 2005

                              GREGORY C. LANGHAM, CLERK

                                   s/Leslie A. Martin
                      By_____
                                    Deputy