IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-02399-RPM

STOCKART.COM, LLC,

        Plaintiff,

v.

TINA IVANOV,
VICTORIA RIERDAN HURLEY,
BAD KITTY CLOTHING, and
BAD KITTY CLOTHING, LLC,

        Defendants.

---

ORDER MODIFYING SCHEDULING ORDER

---

Upon consideration of the Stipulated Change of Deposition Dates (Doc. #32), filed on November 9, 2005, it is

ORDERED that deposition dates are changed to January 23, 2006, for Defendant Tina Ivanov and January 24, 2006, for Defendant Victoria Rierdan Hurley.

Dated:  December 13, 2005

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge

Civil Action No. 04-cv-02399-RPM

     I hereby certify that a copy of the attached order entered by Senior Judge Richard P. Matsch was mailed to the following:

Tina Ivanov
P. O. Box 24097
Los Angeles, CA 90024

DATED:  December 13, 2005

                                       GREGORY C. LANGHAM, CLERK

                                            s/Leslie A. Martin
By_____
                                             Deputy