IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-02399-RPM

STOCKART.COM, LLC,

        Plaintiff,

v.

TINA IVANOV,
VICTORIA RIERDAN HURLEY,
BAD KITTY CLOTHING, and
BAD KITTY CLOTHING, LLC,

        Defendants.

_____

ORDER
_____

    IT IS ORDERED that the Ivanov and Hurley/Bad Kitty LLC (defendants') depositions scheduled for January 23 and 24, 2006, are vacated.

    Dated: January 12, 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge

Civil Action No. 04-cv-02399-RPM

     I hereby certify that a copy of the attached order entered by Senior Judge Richard P. Matsch was mailed to the following:

Tina Ivanov
P. O. Box 24097
Los Angeles, CA 90024

Tina Ivanov
21401 Chagall Rd.
Topanga, CA 90290

Victoria Rierdan Hurley
721 S. Lorraine Blvd.
Los Angeles, CA 90005

Victoria Rierdan Hurley
Bad Kitty Clothing, LLC
9407 Cattaraugus
Los Angeles, CA 90034

Bad Kitty Clothing, Inc.
22913 Ventura Blvd.
Woodland Hills, CA 91364-1206

DATED: January 12, 2006

                                            GREGORY C. LANGHAM, CLERK

                                            s/Leslie A. Martin
                            By_____
                                                    Deputy