IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-02399-RPM

STOCKART.COM, LLC,

        Plaintiff,

v.

TINA IVANOV,
VICTORIA RIERDAN HURLEY,
BAD KITTY CLOTHING, and
BAD KITTY CLOTHING, LLC,

        Defendants.

---

### ORDER

---

Pursuant to the Stipulation of Dismissal with Prejudice (Doc. #54), filed on March 9, 2006, it is

ORDERED that this action is dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated: March 9th, 2006

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge

Civil Action No. 04-cv-02399-RPM

    I hereby certify that a copy of the attached order entered by Senior Judge Richard P. Matsch was mailed to the following:

Tina Ivanov
P. O. Box 24097
Los Angeles, CA 90024

Tina Ivanov
21401 Chagall Rd.
Topanga, CA 90290

Victoria Rierdan Hurley
721 S. Lorraine Blvd.
Los Angeles, CA 90005

Victoria Rierdan Hurley
Bad Kitty Clothing, LLC
9407 Cattaraugus
Los Angeles, CA 90034

Bad Kitty Clothing, Inc.
22913 Ventura Blvd.
Woodland Hills, CA 91364-1206

DATED: March 9, 2006

                              GREGORY C. LANGHAM, CLERK

                                  s/M.V. Wentz
                      By_____
                                    Deputy